1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KERRY FORRY, on behalf of herself and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>        Plaintiff,<br><br>    vs.<br><br>ACOSTA MILITARY SALES, LLC, a Delaware limited liability company; ACOSTA, INC a Delaware corporation; ACOSTA SALES COMPANY, INC. a Delaware corporation; and DOES 1 through 50, inclusive<br><br>        Defendants. | CASE NO. 2:14-CV-01029-MCE-DAD<br><br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

9
10
11
12
13
14
15
16
17
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28

58510261.1

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**

## ORDER

WHEREAS, Plaintiff Kerry Forry ("Plaintiff") and Defendants Acosta Military Sales, LLC and Acosta, Inc. ("Defendants") (collectively, the "Parties") have submitted a Joint Stipulation of Dismissal of Entire Action with Prejudice; and

WHEREAS, the Parties have reached a complete resolution of Plaintiff's individual claims for relief, memorialized in a confidential settlement agreement and release;

Based upon the foregoing, IT IS HEREBY ORDERED that the above-captioned action hereby is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:

1. All individual claims brought by Plaintiff on her own behalf against Defendants are dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees, except as otherwise may be allocated in the parties' settlement agreement.

2. All claims brought herein on behalf of others, including claims brought against Defendants in a representative capacity pursuant to PAGA, are dismissed without prejudice, each side to bear their own costs and attorneys' fees.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  July 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

58510261.1

1

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**